ORDER

**PER CURIAM.**

Appellant, Robert Flieger ("movant"), appeals the judgment of the Circuit Court of St. Louis City denying his motion for post-conviction relief pursuant to RSMo section 547.360 (Cum.Supp.1997). In his prior appeal, *State v. Flieger*, 776 S.W.2d 25 (Mo. App. E.D.1989), we affirmed movant's conviction and denial of his Rule 29.15 motion for post-conviction relief. We affirm.

We have reviewed the briefs of the parties and the legal file and find the judgment is not clearly erroneous and no error of law appears. As an extended opinion would have no precedential value, we affirm the judgment pursuant to Rule 84.16(b).

*ORDER*

**PER CURIAM.**

Plaintiffs appeal from the judgment on a jury verdict entered in their favor on a claim of negligence against defendants. We have reviewed the briefs of the parties and the record on appeal and find no error of law. No jurisprudential purpose would be served by a written opinion. However, the parties have been furnished with a memorandum opinion for their information only, setting forth the facts and reasons for this order.

The judgment of the trial court is affirmed in accordance with Rule 84.16(b).

Mary Jane **TRAXLER, Individually, and as Personal Representative of the Estate of Don Traxler, Plaintiffs/Appellants,**

v.

Brent R. **ALEXANDER and Farmers Insurance Co., Inc., Defendants/Respondents.**

No. 73997.

Missouri Court of Appeals,
Eastern District,
Division One.

March 9, 1999.

Thomas A. Connelly, St. Louis, for appellants.

Lawrence R. Smith, St. Louis, for respondents.

Before JAMES A. PUDLOWSKI, P.J., WILLIAM H. CRANDALL JR., J., and CLIFFORD H. AHRENS, J.

**STATE of Missouri, Plaintiff/Respondent,**

v.

Carlos **SADDLER, Defendant/Appellant.**

No. 74083.

Missouri Court of Appeals,
Eastern District,
Division Three.

March 9, 1999.

S. Paige Canfield, Office of Public Defender, St. Louis, for appellant.

Jeremiah W. (Jay) Nixon, Atty. Gen., Kenneth P. Ferguson, Asst. Atty. Gen., Jefferson City, for respondent.

Before PAUL J. SIMON, P.J., and KATHIANNE KNAUP CRANE and LAWRENCE E. MOONEY, JJ.